NO. 04-15-00383-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/16/2015 10:18:22 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

IN RE HATTIE POOLE

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable Tom Rickhoff, Judge Presiding

## AFFIDAVIT OF HATTIE POOLE

I, Hattie Poole, am an adult and I am fully competent to make this Affidavit.

I fully understand that this is an appeal in a proceeding for the appointment of a temporary and permanent guardian of my estate. I do not believe that I am incompetent, and I do not wish to have a guardian appointed over me.

I want for Barry Snell to be my lawyer in this guardianship proceeding. I engaged Mr. Snell to represent me once I realized the true nature of this guardianship proceeding. I found him by consulting with Mr. Peter Wolverton, the attorney who for many years has done estate planning for my husband and me. He recommended Mr. Snell and I personally interviewed Mr. Snell and found him to be suitable.

I fully understand that I engaged Mr. Snell to advocate on behalf of my wishes in this guardianship proceeding. After interviewing Mr. Snell, I was satisfied that he would vigorously advocate for my wishes rather than substituting his own judgment as to what was in my best interests. I felt that I needed a personal attorney to advocate for my wishes, as all the other attorneys in the case who have purported to represent me or my interests do not seem to me to be attempting to achieve my wishes and desires. Instead, they all seem always to do what they believe is in my best interests, rather than doing what I believe is in my best interests.

I fully understand that by engaging Mr. Snell, I will be expected to pay for his services, and that his hourly charge is $400.00 per hour.

I am requesting the Court of Appeals to order Judge Tom Rickhoff not to go forward with a permanent guardianship trial until the Court of Appeals decides if I have the right to be represented by Mr. Snell, my attorney of choice. I feel that it is critical that I have an experienced trial lawyer such as Mr. Snell to speak on my behalf, and to attempt to achieve what I want in this proceeding, which is of the highest importance to me.

I have read and fully understand this Affidavit and the facts stated herein are true and correct.

SIGNED on this the _16th_ day of July, 2015.

_Hattie Poole_
Hattie Poole

## Verification (CPRC 132.001)

My name is Hattie Poole, my date of birth is _02-06-1932_ and my address is _1910 Spanish Bay, San Antonio,_ I declare under penalty of perjury that the foregoing is true and correct. _Texas 78260_

Executed in _Bexar_ County, Texas, on the _16th_ day of _July_, 2015.

_Hattie Poole_
Hattie Poole